In the Matter of the Application of MAE KAMEN and JEROME KAMEN to Compel MITCHELL M. SHIPMAN, Attorney, to Deliver Certain Bank Books Given to Him by Petitioners. MAE KAMEN and JEROME KAMEN, Appellants; MITCHELL M.

SHIPMAN, Respondent.— Order in a summary proceeding, denying application of petitioners for the return of certain bank books, the possession of which by the respondent, Mitchell M. Shipman, an attorney, as it is claimed, was obtained by trick, affirmed, without costs. The claimants may proceed in the Surrogate's Court, where the issues of fact may be tried. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.